UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MAZUR,<br><br>              Petitioner,<br><br> -against-<br>UNITED STATES OF AMERICA,<br><br>              Respondent. | 24-CV-2963 (JSR) (RFT)<br>20-CR-0227 (JSR)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 3, 2025, I issued an Order setting a post-argument briefing schedule. (ECF 12.) In that Order, I directed Petitioner to file a post-argument brief no later than November 24, 25, 2025. The November 24, 2025 deadline to submit a post-argument brief has now expired.

Accordingly, I am nunc pro tunc extending the time for Petitioner to file a post-argument brief until **December 1, 2025.** The Government shall submit its response by **December 15, 2025**. If filing is not made by December 1, 2025, and no extension of time is requested, I will consider the matter fully briefed.

DATED: November 25, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge