**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MICHAEL MAZUR,

                    Petitioner,

       -against-

UNITED STATES OF AMERICA,

                    Respondent.
------------------------------------------------------------X

24 **CIVIL** 2963 (JSR)(RFT)
20 **CRIM** 0227 (JSR)

**<u>JUDGMENT</u>**

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Order dated February 6, 2026, the Court hereby adopts the report and recommendation and dismisses the petition with prejudice. In addition, because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

**Dated:**  New York, New York

       February 10, 2026

                                  **TAMMI M. HELLWIG**

                                      _____
                                         **Clerk of Court**

              **BY:**

                                        _____
                                         **Deputy Clerk**